UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05 C 5378 ) |
| PACTIV CORPORATION, HORMEL FOODS CORPORATION, and, RYT-WAY INDUSTRIES, INC. | ) Judge John W. Darrah ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

Illinois Tool Works Inc. ("ITW") by and through its undersigned counsel, moves to voluntarily dismiss its Complaint against Pactiv Corporation ("Pactiv"), Hormel Foods Corporation ("Hormel") and Ryt-Way Industries, Inc. ("Ryt-Way"), (collectively Pactiv, Hormel, and Ryt-Way are "Defendants") without prejudice pursuant to F.R.C.P. 41(a)(1) and states as follows.

1. The Complaint was filed by ITW in this Court on September 16, 2005 and this matter is set for its first status hearing on November 15, 2005.

2. The Complaint was never set for service of process or served on Defendants.

3. ITW requests this dismissal on the basis that the United States District Court for the Southern District of Indiana granted Plaintiff leave to file a Fourth Amended Complaint, which contains the same allegations of infringement as to United States Patent 6,925,779 and contained in the Complaint, in the matter styled, *Illinois Tool Works Inc. v. Pactiv Corporation, et. al.*, case no. 1:02-cv-0855.

4. ITW has never previously dismissed any action in any court based on or including the claims of United States Patent 6,925,779.

Illinois Tool Works Inc. respectfully requests that this Court grant Illinois Tool Works leave to voluntarily dismiss the Complaint, without prejudice, with each party to bear their own costs, attorneys' fees and expenses and strike any further status hearings scheduled in this matter.

Dated: November 21, 2005.

Respectfully submitted,

/s/ John A. Leja
John A. Leja
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 – Telephone
(312) 849-3690 – Facsimile

Attorneys for Plaintiff/Illinois Tool Works Inc.

\\COM\553583